# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

JOYCE LECOUNT,

      Plaintiff,

v.                                      CASE NO.  4:00cv167-RH/WCS

HEILIG MEYERS FURNITURE
COMPANY,

      Defendant.

_____/

## ORDER REQUIRING LASHAWNDRA PAIS TO CONTACT
## PLAINTIFF'S ATTORNEY MARIE A. MATTOX

      This is an employment discrimination action.  Defendant is in bankruptcy.  Plaintiff has died.  Plaintiff's attorney has moved to withdraw, indicating that plaintiff's sole heir (plaintiff's daughter) has stopped communicating with the attorney and that the attorney thus believes the heir intends to abandon the action.  So that the issue of whether plaintiff's heir intends to proceed with or abandon this action may be determined,

      IT IS ORDERED:

      Plaintiff's heir LaShawndra Pais shall contact plaintiff's attorney Marie A. Mattox by telephone (850-383-4800) or mail (310 East Bradford Road,

Tallahassee, Florida 32303) by October 13, 2005, and shall advise Ms. Mattox whether Ms. Pais does or does not intend to pursue this action.  Ms. Mattox shall file a notice indicating Ms. Pais's intention by October 20, 2005.  If Ms. Pais fails to contact Ms. Mattox as required by this order, Ms. Mattox shall file a notice so indicating by October 20, 2005.  If Ms. Pais fails to contact Ms. Mattox as required by this order, this action will be dismissed for failure to abide by a court order and failure to prosecute.  Ms. Mattox's motion to withdraw remains pending and will be addressed after filing of the required notice.

      SO ORDERED this 22d day of September, 2005.

                                            s/Robert L. Hinkle
                                            Chief United States District Judge