# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

JOYCE LECOUNT,

      Plaintiff,

v.                                    CASE NO.  4:00cv167-RH/WCS

HEILIG MEYERS FURNITURE
COMPANY,

      Defendant.

_____/

## ORDER OF DISMISSAL

Plaintiff's heir LaShawndra Pais has failed to contact her attorney as required by the order entered September 22, 2005 (document 43).  Accordingly,

IT IS ORDERED:

1.  The clerk shall enter judgment stating, "The complaint is DISMISSED without prejudice for failure to abide by an order of the court and failure to prosecute."

2.  Plaintiff's attorney Marie A. Mattox's motion for leave to withdraw as counsel (document 42) is GRANTED, effective immediately.

3.  The clerk shall close the file.

SO ORDERED this 25th day of October, 2005.

                                                  s/Robert L. Hinkle
                                                Chief United States District Judge